**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

FREDERICK BANKS                                                                                    PLAINTIFF
REG. #05711-068

V.                                         NO: 2:11CV00191 JMM/HDY

BUREAU OF INDIAN AFFAIRS *et al.*                                                    DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.    Plaintiff is allowed to proceed with his claims against Defendants T.C. Outlaw, Donna Zickefoose, Bier, and Thomas.

2.    Plaintiff's claims against Defendants Bureau of Indian Affairs, Department of the Interior, Eric Holder, United States Bureau of Prisons, Thomas Kane, Mike Doyle, Barack Obama, Federal Bureau of Investigation, and Does, are DISMISSED WITH PREJUDICE, and the names of Defendants Bureau of Indian Affairs, Department of the Interior, Eric Holder, United States Bureau of Prisons, Thomas Kane, Mike Doyle, Barack Obama, Federal Bureau of Investigation, and Does, are removed a party Defendants.

DATED this   20   day of December, 2011.

*James M. Moody*
UNITED STATES DISTRICT JUDGE