### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

FREDERICK BANKS                                                                                          PLAINTIFF
REG. #05711-068

V.                                        NO: 2:11CV00191 JMM/HDY

BUREAU OF INDIAN AFFAIRS *et al.*                                                         DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a temporary restraining order (docket entry #21) is DENIED.

DATED this   25   day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE