## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**FREDERICK BANKS**
Reg #05711-068                                                                                                    **PLAINTIFF**

V.                           CASE NO. 2:11CV00191 JMM/BD

**BUREAU OF INDIAN AFFAIRS, et al.**                                             **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this __10__ day of __July__, 2012.

_____
UNITED STATES DISTRICT JUDGE